HARRISON and Another *v.* BRYANT.

*Friday,
June 9.*

APPEAL from the *Porter* Circuit Court.

*Per Curiam.*—This case is similar in its facts to the case of *Harrison* v. *Bryant, ante,* p. 160, and, for the reasons there given, the same conclusion follows.

The judgment is affirmed with costs.

*J. A. Liston* and *J. S. Harvey,* for the appellants.

*J. B. Niles,* for the appellee.